UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | : | |
| v. | : | Cr. 07-599 |
| | : | |
| LEE HOLLAND | : | ORDER |

      The defendant having been sentenced in October 2007 to a year and a day imprisonment, a $3,000 fine, and two years supervised release as a consequence of his conviction for corrupt solicitation in connection with a local government transaction in violation of 18 U.S.C. §§ 666(a)(1)(B) and 2; and the defendant having completed his term of imprisonment and approximately one year of supervised release; and the defendant having submitted a letter to this Court on October 5, 2009 requesting early termination of his supervised release; and the Government having replied to the submission on October 22, 2009; and the Court having considered 18 U.S.C. §§ 3583(e)(1), 3564(c), and 3553(a) in light of these submissions; and there not appearing to be any exceptional circumstances that might justify early termination of the defendant's term of supervised release;

      IT IS on this ___*12th*___ day of November, 2009,

      ORDERED that the defendant's request for early termination of his term of supervised release is denied; and

      ORDERED that the defendant shall be continued on supervised release with the current conditions until the

termination date of his supervised release.

HONORABLE JOSE L. LINARES
United States District Judge