PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Lee Holland                                                                          Cr.: 07-599-01
                                                                                                                       PACTS #: 48386

Name of Sentencing Judicial Officer: The Honorable Jose L. Linares

Date of Original Sentence: 10/25/07

Original Offense: Soliciting, Accepting Cash Payments in Exchange for Official Action, 18 USC 666(a)

Original Sentence: 1 year and a day of custody and 2 years of TSR, $3,000 in fine

Type of Supervision: TSR                                                      Date Supervision Commenced: 10/23/2008

## STATUS REPORT

U.S. Probation Officer Action:

On October 25, 2007, the offender was sentenced by Your Honor to 1 year and 1 day of custody to be followed by a 24-month term of supervised release. Mr. Holland's term of supervision commenced on October 23, 2008. The offender was transferred to our low intensity caseload on May 6, 2010.

Mr. Holland currently resides in with his wife in Paterson, NJ. He has been collecting Social Security since the commencement of supervision. We believe that Mr. Holland has paid the court-ordered fine to the best of his financial ability. To date, he has paid $585 toward his obligation. It should be noted that should his term of supervision expire as scheduled, his case will be referred to the U.S. Attorney's Office, Financial Litigation Unit for collection.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Mr. Holland's term of supervision to expire as scheduled on October 22, 2010.

Respectfully submitted,

By: Patricia C. Jensen
U.S. Probation Officer
Date: 09/24/10

_____10/5/10_____
Date